FILED
2023 Jan-25 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/GAM: Feb. 2023
GJ # 21

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **MOHAMMAD SHAHID JENKINS** | ) |

## INDICTMENT

The Grand Jury Charges:

### Introduction

At all times material to this Indictment:

1.  **MOHAMMAD SHAHID JENKINS** was employed as a Lieutenant with the Alabama Department of Corrections (ADOC) at ADOC's Donaldson Correctional Facility (Donaldson) in Bessemer, Alabama.

2.  V.R. was an inmate at Donaldson.

3.  D.H. was an inmate at Donaldson.

### COUNT ONE
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

4.  Paragraphs 1 through 3 of this Indictment are incorporated in Count One as though fully set forth herein.

5.  On or about February 16, 2022, in the Northern District of Alabama,

1

Southern Division, the defendant,

**MOHAMMAD SHAHID JENKINS,**

while acting under color of law, willfully deprived V.R., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from excessive force amounting to cruel and unusual punishment. Specifically, defendant **MOHAMMAD SHAHID JENKINS** kicked V.R., struck V.R. with his hands, sprayed V.R. with chemical spray, struck V.R. with a can of chemical spray, and struck V.R. with V.R.'s shoe. The offense resulted in bodily injury to V.R. and included the use and attempted use of dangerous weapons, to wit: chemical spray and a can of chemical spray.

All in violation of Title 18, United States Code, Section 242.

### COUNT TWO
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

6. Paragraphs 1 through 3 of this Indictment are incorporated in Count Two as though fully set forth herein.

7. On or about November 29, 2021, in the Northern District of Alabama, Southern Division, the defendant,

**MOHAMMAD SHAHID JENKINS**,

while acting under color of law, willfully deprived D.H., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the

United States, to be free from excessive force amounting to cruel and unusual punishment.  Specifically, defendant **MOHAMMAD SHAHID JENKINS** sprayed D.H. with chemical spray multiple times, struck D.H. with a can of chemical spray, and struck D.H. with his hand.  The offense resulted in bodily injury to D.H. and included the use and attempted use of dangerous weapons, to wit: chemical spray and a can of chemical spray.

All in violation of Title 18, United States Code, Section 242.

### COUNT THREE
### Falsification of Records
### 18 U.S.C. § 1519

8.     Paragraphs 1 through 3 of this Indictment are incorporated in Count Three as though fully set forth herein.

9.     On or about February 16, 2022, in the Northern District of Alabama, Southern Division, the defendant,

**MOHAMMAD SHAHID JENKINS**,

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly concealed, covered up, falsified, and made a false entry in a document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.  Specifically, defendant **MOHAMMAD SHAHID JENKINS** concealed, covered up, falsified and made false entries in an ADOC Incident Report relating to

3

the incident charged in Count One by (1) writing that he escorted V.R. from Donaldson's West Dining Hall to the shift office and (2) omitting the fact that he used force on V.R. in Donaldson's East Gym.  In truth and in fact, as defendant **MOHAMMAD SHAHID JENKINS** knew at the time that he wrote the Incident Report, he (1) escorted V.R. to the East Gym, not the shift office, and (2) used force on V.R. in Donaldson's East Gym.

All in violation of Title 18, United States Code, Section 1519.

### COUNT FOUR
### Obstruction of Justice
### 18 U.S.C. § 1512(b)(3)

10.   Paragraphs 1 through 3 of this Indictment are incorporated in Count Four as though fully set forth herein.

11.   On or about March 9, 2022, in the Northern District of Alabama, Southern Division, the defendant,

**MOHAMMAD SHAHID JENKINS**,

knowingly and intentionally engaged in misleading conduct toward another person and persons, that is, agents with ADOC's Law Enforcement Services Division (LESD) and the Federal Bureau of Investigation (FBI), with the intent to hinder, delay, and prevent the communication to federal law enforcement officers of truthful information relating to the commission and the possible commission of a federal offense.  Specifically, defendant **MOHAMMAD SHAHID JENKINS** knowingly

and intentionally engaged in misleading conduct toward LESD and FBI agents in statements he provided on or about March 9, 2022, when he was interviewed in connection with state and federal investigations of his use of force on V.R. on or about February 16, 2022.

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL.


*/s/ Electronic Signature*
Foreperson of the Grand Jury

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
George Martin
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General

*/s/ Electronic Signature*
Anna Gotfryd
Attorney, Civil Rights Division
United States Department of Justice

*/s/ Electronic Signaure*
David Reese
Attorney, Civil Rights Division
United States Department of Justice