FILED

2023 Feb-08  AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case 2:23-cr-00030-ACA-SGC** |
| | ) | |
| **MOHAMMAD SHAHID JENKINS** | ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER CONCERNING SENSITIVE DISCOVERY MATERIAL

The United States moves for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1) regarding certain sensitive discovery material, as explained further below.

1.     The Indictment in this case charges the defendant with deprivation of rights under color of law, falsification of records, and obstruction of justice.

2.     The evidence in this case includes records containing personal identifying information (PII), such as names, residential addresses, telephone numbers, dates of birth, social security numbers, driver's license numbers, and financial information. The evidence also includes records containing personal health information (PHI), such as medical records, evaluations and treatment, and medical history.

1

3.      The nature and volume of the information in this case makes it impractical to redact each document.

4.      Federal Rule of Criminal Procedure 16(d)(1) permits the Court to enter a protective order regulating the manner in which discovery is conducted.

5.      Given the nature of the discovery, and to balance the defendant's rights with the privacy interests of other individuals and with limited government resources, the government requests that the Court enter a protective order pursuant to Rule 16(d)(1) as set out in the proposed Order accompanying this Motion. Counsel for the defendant has reviewed the proposed protective order and does not oppose it.

6.      The protective order will allow the government to efficiently tender discovery, provide defense counsel and the defendant with needed access to discovery, and effectively protect sensitive PII and PHI.

The United States therefore respectfully requests that the Court enter a protective order.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

*/s/George Martin*
GEORGE MARTIN
Assistant United States Attorney

2

KRISTEN CLARKE
Assistant Attorney General

*/s/Anna Gotfryd*
Anna Gotfryd
Trial Attorney, Civil Rights Division

*/s/David Reese*
David Reese
Trial Attorney, Civil Rights Division

## CERTIFICATE OF SERVICE

I certify that, on February 8, 2023, I served counsel for the defendant via the

CM/ECF system.

> /s/George Martin
> GEORGE MARTIN
> Assistant United States Attorney