# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                             **Case No: 2:23-cr-30-ACA-SGC**

**MOHAMMAD SHAHID JENKINS,**
**Defendant.**

## ORDER

The court has been notified that defendant, Mohammad Shahid Jenkins, desires a hearing for the purpose of changing his plea. Accordingly, a consent hearing is scheduled in this matter on **September 12, 2023, 3:00 PM**, Courtroom 6B, Hugo L. Black U.S. Courthouse, Birmingham, Alabama. **Counsel for the defendant is reminded of the requirement for filing the Guilty Plea Advice of Rights Form in the courtroom immediately prior to this proceeding**. Counsel is directed to notify chambers in advance if this defendant will be entering a blind plea.

**DONE** and **ORDERED** this August 2, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE