# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **v.** } | **Case No.: 2:23-cr-30-ACA-SGC** |
| } | |
| **MOHAMMAD SHAHID JENKINS,** } | |
| } | |
| **Defendant.** } | |

## **ORDER**

Defendant, **Mr. Jenkins**, will be sentenced in the above criminal case on **December 19, 2023, 9:30 AM**, in Courtroom 6B, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. Counsel is reminded that the mandatory assessment fee is due at the time of sentencing.

Absent a written waiver filed with the Court, the Probation Office will provide a Presentence Report in accordance with Federal Rule of Criminal Procedure 32(d) not later than 35 days before **Mr. Jenkins'** sentencing. All objections to the Presentence Report must be filed within **14 days** of receiving the Presentence Report.

All unresolved objections, sentencing memoranda, character letters, motions for variance and/or downward departure *must* be filed by **December 11, 2023**. Responses to any of the forgoing must be filed by **December 13, 2023**.

To assist the court and as a courtesy to attorneys with other hearings scheduled on the date of this sentence, please email axon_chambers@alnd.uscourts.gov with copy to all counsel **seven days** before the sentencing date if you: (a) intend to call witnesses at sentencing; and/or (b) need exhibit identification stickers.

**DONE** and **ORDERED** this September 19, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE