Judge AXON, please let me out on my original bond. Judge I was out a year with no problems. All I did is go to hospital and took care of patients. I am not suicidal. Please let me out until sentencing so i can see my mother who has breast cancer and to take care my wife and our house, so we wont loose it. Judge I got the house through Veterans Affairs. It all my family has. Please let me out so I can arrange things to help my family.

I am sorry Judge, please show me mercy please. I will do anything you ask. Please Judge. My sentencing is December 19. Please Judge please. I am begging you. I am ok. Please judge

FILED
2023 OCT 27 A 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

10/25/23