Good Evening Judge Axon,

Judge I am not a flight risk nor am I a danger to the public or to myself. Judge if I was a danger to the public, there is no way I could have remained a police officer. Judge I was out on bond over a year working as a nurse. Judge I have been in isolation for over 2 months. I will not or never hurt myself. Judge I have a public defender, I have no resources to flee. Even if I did I will not. Judge when the FBI arrested me in my nursing uniform, it was approximately 30 agents. and did not resist or run. I am a marine Judge, I am not a coward. I am a decorated war veteran. Judge I didn't run when my country needed me I am not going to run from the justice system. I was a police officer for approximately 25 years. I put people in jail. I am not above the law, its my turn now. I am sorry for actions that got me here. But I will not run from justice or avoid taking responsibility.

Please reconsider my bond request.

FILED
2023 NOV 13 P 3:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

Dear Judge C. Axon,

Mr. Mohammad Jenkins does not present a flight risk based upon the following facts:

1. Mr. Jenkins has a checking and savings account with Legacy Credit Union
   A. Checking account has a 500 dollar balance
   B. Saving account has a balance of 200.00 dollars.

2. Mr. Jenkins has a resident with his spouse ▇▇▇ at ▇▇▇ with a mortgage of 971 a month plus utilities.

3. Mr. Jenkins only income is 1606.00 a month for military disability.

4. Mr. Jenkins has no properties in foreign countries or abroad.

5. Mr. Jenkins does not have outstanding monies or holdings with any organization

Mr. Jenkins is not a threat to himself or the public based on the following facts:

1. Mr. Jenkins does not have any documented mental commitments in any facility in Alabama or no other states.

2. Mr. Jenkins up until the case was employed with the City of Lipscomb Police Department with outstanding record of being responsible and safe within the community.

3. Mr. Jenkins has no criminal record that displays a violent nature.

4. Mr. Jenkins up until this case was employed as a nurse at Encompass Rehab, with no record of violence or carelessness.

5. Mr. Jenkins has no record of excessive force with the Department of Corrections or Lipscomb Police Dept.

6. Mr. Jenkins was out on a signature bond from August 2022 until Sept. 2023 without incident.

Please reconsider Mr. Jenkins for reinstatement of bond with the restriction of home confinement other than necessary business, with a curfew of 10pm.

G. Mr. Jenkins does not possess a passport or any other document that will allow out of country travel.