IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| **VS.** ] | **Case No: 2:23-cr-30-ACA-SGC** |
| ] | |
| **MOHAMMAD SHAHID JENKINS,** ] | |
| **Defendant.** ] | |

## ORDER

Defendant Mohammad Shahid Jenkins, filing *pro se* despite having counsel, moves for reconsideration of this court's order denying his *pro se* motion to be released on bond. (Doc. 25). Although the Federal Rules of Criminal Procedure do not "expressly authorize[ ]" motions for reconsideration, *United States v. Vicaria*, 963 F.2d 1412, 1413 (11th Cir. 1992), courts have permitted them, *United States v. Phillips*, 597 F.3d 1190, 1199 (11th Cir. 2010). The court uses the same standard applied to motions filed under Federal Rule of Civil Procedure 59, which permits reconsideration only based on "newly discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). Mr. Jenkins has provided neither newly discovered evidence or any argument persuading the court that it made a manifest error of law or fact in denying his earlier motion for bond. Accordingly, the court **DENIES** the motion for reconsideration.

**DONE** and **ORDERED** this November 27, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE