# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No: 2:23-CR-030-ACA-SGC |
| | ) |
| **MOHAMMAD SHAHID JENKINS** | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, undersigned counsel for Mohammad Shahid Jenkins and moves for leave to file an exhibit under seal.

        Respectfully submitted,

        KEVIN L. BUTLER
        Federal Public Defender

        **/s/Jake Watson**
        Jake Watson
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        Northern District of Alabama
        505 20th Street North, Suite 1425
        Birmingham, Alabama 35203
        (205) 208-7170
        Jake_Watson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing via this Court's CM/ECF system.

        Respectfully submitted.

        **/s/ Jake Watson**
        Jake Watson